

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Xita Xiomara LEON-Gonzalez, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. 23-mj-03742-MMP <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about October 12, 2023, within the Southern District of California, Defendant Xita Xiomara LEON-Gonzalez, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that an alien, namely, Alberto SANCHEZ-Herrada, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th day of October 2023.

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Alberto SANCHEZ-Herrada, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 12, 2023, at approximately 3:18 P.M., Xita Xiomara LEON-Gonzalez (Defendant), a United States citizen, applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry vehicle primary lanes as the driver and registered owner of a white 2013 Nissan Quest bearing California license plates. Accompanying Defendant, were her two minor U.S. Citizen children, seated in the back. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her United States Passport card, along with California Identification cards and United States Birth Certificates for her children and said she was going to Chula Vista, California with nothing to declare from Mexico. The CBP Officer queried Defendant's information and received a computer-generated alert. Defendant and all occupants were referred to the vehicle secondary lot for further inspection.

In vehicle secondary, Defendant drove her vehicle through the Z-Portal X-ray machine revealing anomalies within the rear area of the vehicle. A CBP officer unlatched the rear cargo cover using a screwdriver and discovered an individual laying inside in the fetal position. Defendant and children were escorted to the security office while responding CBP Officers assisted in removing one male individual from the rear cargo area compartment. The male was later identified as Alberto SANCHEZ-Herrada and determined to be a citizen of Mexico without legal documents to enter the United States; SANCHEZ-Herrada was held as a Material Witness.

During a video-recorded interview, the Material Witness admitted to being a citizen of Mexico without legal documents to enter the United States. The Material Witness stated his father-in-law made all the smuggling arrangements and was going to pay an undisclosed amount for him to be smuggled into the United States. The Material Witness stated he was taken to a home where he saw a white van parked in a carport and was instructed to enter the rear cargo area storage compartment, which had the covers removed. The Material Witness stated it took less than two minutes for the vehicle to begin to move after he was concealed, and he could hear a female's voice while concealed in the vehicle. The Material Witness stated he was traveling to Tustin, California to live and work.